# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2007

132827

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHARON GLOVER,
       Plaintiff-Appellee,

v

SOUTHGATE COMMUNITY SCHOOL
DISTRICT,
       Defendant-Appellant.

SC: 132827
COA: 270198
Wayne CC: 05-509613-NF

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2007

_____
Clerk

p0320